IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-cv-00193-FL

| | |
|---|---|
| VENUS JACOBS, Plaintiff, | ) ) ) |
| v. | ) ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, Defendant. | ) **ORDER** ) ) ) ) ) |

This matter is before the Court on plaintiff's Motion for Summary Judgment and defendant's Motion for Remand to the Commissioner. Plaintiff's counsel does not object to the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Ordered this  9th   day of August, 2022

_____
LOUISE W. FLANAGAN
United States District Judge